# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3416

_____

Elmer B. Hunter,                    *
                                    *
            Appellant,              *
                                    *   Appeal from the United States
      v.                            *   District Court for the
                                    *   Western District of Missouri.
Kenneth S. Apfel, Commissioner      *
of Social Security,                 *           [UNPUBLISHED]
                                    *
            Appellee.               *

_____

Submitted: May 14, 1998
    Filed:  June 2, 1998

_____

Before BOWMAN, Chief Judge, HEANEY and HANSEN, Circuit Judges.

_____

PER CURIAM.

Elmer B. Hunter appeals from the decision of the District Court[1] affirming the decision of the Commissioner denying Hunter's claims for supplemental security income benefits based on disability. Having considered the submissions of the parties and the record, we conclude that the Commission's decision is supported by substantial evidence on the record as a whole and that an opinion would lack precedential value.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

We therefore forego discussion and affirm on the basis of the District Court's entirely adequate opinion.

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.